IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARY ELAINE GARNETT, and
ANTHONY JAMAINE MOORE,
    Plaintiffs,

vs.                                                       Case No.: 3:12cv559/MCR/EMT

JAY STUART,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiffs commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). By order of this court dated November 28, 2012, Plaintiffs were given thirty (30) days in which to file an amended complaint (*see* doc. 4). Plaintiffs failed to file an amended complaint; therefore, on January 9, 2013, the court issued an order requiring Plaintiffs to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 5). The time for compliance with the show cause order has now elapsed, and Plaintiffs have failed to file an amended complaint or show cause for their failure to do so.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiffs' failure to comply with an order of the court.

        At Pensacola, Florida, this 5th day of February 2013.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No.: 3:12cv559/MCR/EMT