**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

MARY ELAINE GARNETT, and
ANTHONY JAMAINE MOORE,

    Plaintiffs,

v.                                         Case No.: 3:12cv559/MCR/EMT

JAY STUART,

    Defendant.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 5, 2013 (doc. 6). Plaintiffs have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. This case is **DISMISSED without prejudice** for Plaintiffs' failure to comply with an order of the court.

    **DONE AND ORDERED** this 8th day of March, 2013.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**